*In re* EXECUTIVE MESSAGE OF THE GOVERNOR. (Docket No. 67053.) The Governor's executive message, filed under GCR 1963, 797.1, is considered and his request to certify the question is respectfully denied. The request is moot in light of this Court's grant of leave to appeal and decision in *Oakland County Prosecuting Attorney v Dep't of Corrections,* 411 Mich 183 (1981), in which the same issues were addressed.

JUNE 24, 1981

PROPOSED GCR 1963, 929. On order of the Court, this is to advise that the Court is considering whether to adopt new GCR 1963, 929. Before determining whether the rule should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

RULE 929. SIZE OF PAPER.

A pleading or other paper filed with a Michigan court must be on opaque paper 8-1/2 by 11 inches in size. Before December 1, 1983, however, either 8-1/2-by-11- or 8-1/2-by-14-inch pleadings or papers may be filed.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

PROPOSED AMENDMENT OF GCR 1963, 701, 803, 853 AND 864, AND PCR 801; AND PROPOSED JCR 1969, 14. On order of the Court, this is to advise that the Court is considering whether to amend GCR 1963, 701, 803, 853, and 864, and Probate Court Rule 801; and to adopt new Juvenile Court Rule 14. Before determining whether the amendments and the new rule should be adopted, changed before adoption, or